UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMY NELSON,<br><br>　　　　　Defendant. | No. 2:20-cv-0967 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff contends that defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Presently before the court is defendant's motion for an extension of time. (ECF No. 20.)

Defendant requests a thirty-day extension of time to file a responsive pleading. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that defendant shall file a response to the complaint on or before June 23, 2021.

Dated: May 21, 2021

　　　　　　　　　　　　　　　　　　　/s/DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/john0967.eot(d)

1