1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL WAYNE JOHNSON,                No.  2:20-cv-0967 WBS DB P

12              Plaintiff,

13         v.                              ORDER

14    AMY NELSON,

15              Defendant.

16

17         Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18    action under 42 U.S.C. § 1983.  Plaintiff contends that defendant was deliberately indifferent to

19    his serious medical needs in violation of the Eighth Amendment.  Presently before the court is

20    plaintiff's request for entry of default. (ECF No. 34.)

21         Plaintiff claims the court should enter default because more than thirty days have passed

22    since defendant was served with a copy of the complaint and defendant has not filed an answer.

23    (ECF No. 34.)

24         Pursuant to Federal Rule of Civil Procedure Rule 55, the Clerk of the Court has authority

25    to enter a default judgment only where a defendant has not appeared in the action.  Defendant has

26    appeared in this action and filed an answer on June 23, 2021.  (ECF No. 23.)  The court cannot

27    enter default once a defendant has filed its responsive pleading.  See Horton v. Sierra

28    Conservation Ctr., No. 1:09-cv-01441 AWI SMS, 2010 WL 743849, at *1 (E.D. Cal. Mar. 1,

1

2020) (citing <u>Mitchell v. Brown & Williamson Tobacco Corp.</u>, 294 F.3d 1309, 1317 (11th Cir.

2002); <u>Direct Mail Specialists, Inc. v. Eclat Computerized Technologies, Inc.</u>, 840 F.2d 685, 689

(9th Cir. 1988) (no default can be entered if defendant filed a response indicating intent to defend

the action), <u>rep. and reco. adopted</u>, 2010 WL 1267743 (E.D. Cal. Mar. 31, 2010).  Accordingly,

the court will deny plaintiff's request.  As a one-time courtesy the court will send plaintiff a copy

of defendant's answer.

      For the foregoing reasons, IT IS HEREBY ORDERED that:

      1.  Plaintiff's request for entry of default (ECF No. 34) is denied;

      2.  The Clerk of the Court is directed to send plaintiff a copy of defendant's answer (ECF

No. 23) along with this order.

Dated: November 8, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/R/john0967.default

2