UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>AMY NELSON,<br><br>Defendant. | No. 2:20-cv-0967 WBS DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges that defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. Presently before the court is defendant's motion for an extension of time. (ECF No. 63.)

Defendant requests a seven-day extension of time to file a reply in support of their motion for summary judgment. Good cause appearing the court will grant the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for an extension of time (ECF No. 63) is granted; and

2. Defendant shall file their reply on or before December 13, 2022.

Dated: December 8, 2022

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil.Rights/S/john0967.eot(reply)

1