UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WAYNE JOHNSON, | No. 2:20-cv-0967 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| AMY NELSON, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff alleges that defendant was deliberately indifferent to his serious medical needs in violation of the Eighth Amendment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within thirty days. (ECF No. 66.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 67.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 7, 2023, are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 56) is granted.

Dated:  August 24, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/john0967.800